

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2013

No. 04-13-00443-CV

**IN RE ALFARO OIL & GAS, LLC,**
Pinnacle Financial Partners Corporation, and Brian Alfaro

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                     Marialyn Barnard, Justice
                     Luz Elena D. Chapa, Justice

On July 12, 2013, Relators Alfaro Oil & Gas, LLC, Pinnacle Partners Financial Corporation and Brian Alfaro filed a petition for writ of mandamus. On July 22, 2013, Relators filed a motion for stay of the sanctions order pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion to stay the sanctions order are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 31, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. DC-12-315, styled *Leland Rogness v. Alfaro Oil & Gas, LLC, Pinnacle Partners Financial Corporation, and Brian Alfaro, Individually*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.